# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW C., ET AL.,**<br>Plaintiffs,<br>vs.<br>**ORACLE AMERICA INC. FLEXIBLE BENEFIT PLAN, ET AL.,**<br>Defendants. | CASE NO. 17-cv-02072-YGR<br><br>**SCHEDULING AND SEALING ORDER** |

The Court has read and reviewed the parties' Joint Status Report. (Dkt. No. 35). The Court reserves on the issue regarding the breach of fiduciary duty claim. Any request for discovery must be made by motion. Given that this case arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, *et seq.*, the Court will not set a date for a bench trial until briefing under Federal Rule of Civil Procedure 52 is completed.[1] If required, a bench trial can be scheduled on a fairly expedited basis. A case management conference can be scheduled if required by contacting the Court's courtroom deputy. See Standing Order in Civil Cases ¶ 12.

Defendant shall preserve the administrative record. The parties shall meet and confer on the scope of the administrative record and agree upon deadlines for resolution of this issue. The administrative record shall be delivered to the Court seven (7) days prior to the filing of the first brief referenced below and in the manner set forth herein:

First, the parties shall file a Notice of Manual Filing on the docket;

Second, a physical copy of the administrative record (Bate-stamped and double-sided pages) shall be delivered in three-ringed binders. The administrative record shall include

---

[1] Should the parties determine that a bench trial will be required, rather than (or in conjunction with) resolution on the papers, the Court will discuss the issue with the parties at the next case management conference and modify the schedule if necessary.

an index and be segregated in appropriate categories, such as medical records, third party expert reports, etc.

Third, an electronic copy of the administrative record shall be filed **under seal** pursuant to this Order. Given the anticipated size of the record, it will likely be filed in "parts" which shall be indexed to allow for easy access to the documents. The index shall be separately filed. In addition, the parties shall deliver the electronic form of the administrative record in CDs or thumb-drive(s) along with the physical copy. The electronic copy shall allow for electronic searching.

### PRETRIAL SCHEDULE

| | |
|---|---|
| LAST DAY TO AMEND PLEADINGS/ADD PARTIES | None without Court approval |
| DISCOVERY CUTOFF | Not Applicable as case is being litigated on the Administrative Record |
| PLAINTIFF TO FILE AFFIRMATIVE MOTION FOR JUDGMENT: | October 30, 2018 |
| DEFENDANT TO FILE A SINGLE/JOINT MOTION OPPOSING PLAINTIFF'S MOTION WITH ITS OWN CROSS-MOTION FOR JUDGMENT: | November 13, 2018 |
| PLAINTIFF TO FILE A REPLY A SINGLE/JOINT REPLY IN SUPPORT OF HIS/HER MOTION WITH AN OPPOSITION TO THE CROSS-MOTION: | November 27, 2018 |
| DEFENDANT TO FILE A REPLY IN SUPPORT OF THE CROSS-MOTION ONLY: | December 4, 2018 |
| HEARING | December 18, 2018 |

With respect to Rule 52 briefing, each party shall meet and confer on the appropriate standard of review and confirm the same within the briefing. Any disagreement with respect to this issue shall be raised with the Court no later than thirty (30) days prior to the filing of the opening brief by way of the Court's procedure on summary judgment practice. See Standing Order in Civil Cases ¶ 9.

\\
\\

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 11, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**