# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW C., ET AL.,**<br>Plaintiffs,<br>vs.<br>**ORACLE AMERICA INC. FLEXIBLE BENEFIT PLAN, ET AL.,**<br>Defendants. | CASE NO. 17-cv-02072-YGR<br><br>**ORDER TO SHOW CAUSE RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO RESET BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 43 |

**TO THE DEFENDANTS AND THEIR COUNSEL OF RECORD**:

You are **HEREBY ORDERED TO SHOW CAUSE** as to why the Court should not grant plaintiffs' administrative motion to reset the briefing schedule due to the alleged discrepancies in the scope of the administrative record. (Dkt. No. 43.) The Court has received defendants notice of intent to respond to plaintiffs' motion filed on January 29, 2019, which indicated that defendants intended to file a response "within the next 24-48 hours[.]" (Dkt. No. 44.) However, as of the date of this order, no such response has been filed.

By no later than **Friday, February 8, 2019**, the defendants must file a written response to this Order to Show Cause.

**IT IS SO ORDERED.**

Dated: February 5, 2019

_____
**YVONNE GONZÁLEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**