# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW C., ET AL.,**<br><br>    Plaintiffs,<br><br>    vs.<br><br>**ORACLE AMERICA INC. FLEXIBLE BENEFIT PLAN, ET AL.,**<br><br>    Defendants. | CASE NO. 17-cv-02072-YGR<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION TO ESTABLISH THE STANDARD OF REVIEW AS *DE NOVO***<br><br>Re: Dkt. No. 59 |

On October 1, 2019, the Court heard oral argument on plaintiffs' motion for partial summary adjudication to establish the standard of review as *de novo*, which was fully briefed. (Dkt. Nos. 59, 60, 61.) As stated on the record, and confirmed herein, having carefully considered the briefing and arguments submitted in this matter, plaintiffs' motion for partial summary adjudication is **GRANTED**.

This Order terminates Docket Number 59.

**IT IS SO ORDERED.**

Dated: October 3, 2019

                                            **YVONNE GONZALEZ ROGERS**
                                            **UNITED STATES DISTRICT COURT JUDGE**